## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**AARON C. JOHNSON**                                                     **PLAINTIFF**

v.                                                       **CIVIL ACTION NO. 3:09CV-P123-H**

**YVONNE RENEE DUNN** *et al.*                                     **DEFENDANTS**

### ORDER

      For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

      **IT IS ORDERED** that Plaintiff's claims are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.  Plaintiff's state-law claims are **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1367(c)(3) because the Court declines to exercise supplemental jurisdiction over the claims.

      There being no just reason for delay in its entry, this is a **final Order**.

      This Court further **certifies** that an appeal would be frivolous and, therefore, not taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:    Plaintiff, *pro se*
4412.008